## 56773. NOWICKI v. THE STATE.

BIRDSONG, Judge.

Nowicki appeals his conviction of motor vehicle theft, a violation of Code Ann. § 26-1813. Appellant's sole contention is that the definitional section of Code Ann. § 26-1812, defining "motor vehicle," refers to a

now-repealed legislative enactment (Ga. L. 1953, Nov.-Dec. Sess., p. 566), and is therefore lacking a constitutionally sufficient description of "motor vehicle." This contention has been decided adversely to appellant by the decision of this court in *Dismuke v. State,* 142 Ga. App. 381 (3) (236 SE2d 12). Appellant's sole enumeration of error is without merit.

*Judgment affirmed. Bell, C. J., and Shulman, J., concur.*

ARGUED OCTOBER 12, 1978— DECIDED NOVEMBER 7, 1978 — REHEARING DENIED NOVEMBER 28, 1978 —

*Byrd & Anthony, Lovick P. Anthony, Jr.,* for appellant.

*D. E. Turk, District Attorney, Gary C. Christy, Assistant District Attorney,* for appellee.